United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Jose F. Noesi, Petitioner, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 20-21256-Civ-Scola |
| United States of America, | ) |
| Respondent. | ) |
| | ) |

**Order Denying Motion for Leave to Appeal *In Forma Pauperis***

The Petitioner Jose F. Noesi has moved for leave to proceed *in forma pauperis* on appeal. The Court denies his motion because his appeal is not taken in good faith.

"An appeal may not be taken *in forma pauperis* if the trial court certifies in writing that it is not taken in good faith." 28 U.S.C. § 1915(a)(3). "A party demonstrates good faith by seeking appellate review of any issue that is not frivolous when examined under an objective standard." *Ghee v. Retailers National Bank*, 271 F. App'x 858, 859 (11th Cir. 2008). An appeal filed *in forma pauperis* is frivolous "when it appears the plaintiff has little or no chance of success," meaning that the "factual allegations are clearly baseless or that the legal theories are indisputably meritless." *Carroll v. Gross*, 984 F.2d 392, 393 (11th Cir. 1993) (internal quotation marks omitted). Noesi's appeal has little to no chance of success: he has not obtained an order from the appropriate court of appeals authorizing the district court to consider his successive § 2255 petition. *See* Rules Governing § 2255 Proceedings, Rule 9; *Gonzalez v. Secretary for Dep't of Corr.*, 366 F.3d 1253, 1297-98 (11th Cir. 2004). The allegations he presents in his notice of appeal fail to address these shortcomings, and he does not set forth any legal theory that has any merit.

For the reasons set forth above, the Court **denies** Noesi's motion for leave to proceed *in forma pauperis* on appeal (**ECF No. 12**) and certifies that his appeal is not taken in good faith.

**Done and ordered**, at Miami, Florida, on July 28, 2020.

_____
Robert N. Scola, Jr.
United States District Judge